**Original filed 9/30/06**

1

2

3

4

5

6

7

8

9

10

11

12

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAMUEL WILLIAM LEWIS          )          No. C 06-1727 JF (PR)
                                 )
          Petitioner,            )          ORDER TO SHOW CAUSE
                                 )
   vs.                           )
                                 )
A.P. KANE,                       )
                                 )
          Respondent.            )
                                 )

14

15

16

17

18

19     Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas

20 corpus pursuant to 28 U.S.C. § 2254 challenging the Board of Prison Terms' ("Board")

21 failure to grant him parole after his October 28, 2004 parole suitability hearing.  The

22 instant petition was transferred to this Court from the Central District of California on

23 March 7, 2006.  Petitioner paid the filing fee in the Central District Court.  The Court

24 orders Respondent to show cause why the petition should not be granted.

25                              **STATEMENT**

26     In 1988, Petitioner was convicted of second degree murder and sentenced to a term

27 of fifteen years-to-life in state prison.  On October 28, 2004, Petitioner had his third

28 parole suitability hearing before the Board.  Petitioner was denied parole.  The petition

Order to Show Cause
P:\pro-se\sj.jf\hc.06\Lewis727osc

1  alleges that Petitioner raised his claims with the state appellate court and the state

2  supreme court.  The instant petition was filed on February 7, 2006 in the Central District

3  of California and then transferred to this Court on March 7, 2006.

**DISCUSSION**

4

5  A.      Standard of Review

6          A district court may entertain a petition for writ of habeas corpus "in behalf of a

7  person in custody pursuant to the judgment of a State court only on the ground that he is

8  in custody in violation of the Constitution or laws or treaties of the United States."  28

9  U.S.C. § 2254(a); Rose v. Hodges, 423 U.S. 19, 21 (1975).

10         A district court shall "award the writ or issue an order directing the respondent to

11  show cause why the writ should not be granted, unless it appears from the application that

12  the applicant or person detained is not entitled thereto."  28 U.S.C. § 2243.

13  B.      Petitioner's Claims

14         Petitioner alleges the following claims for federal habeas relief: (1) the Board of

15  Prison Terms and the Los Angeles Superior Court violated the binding terms of

16  Petitioner's plea agreement contract and his state and federal right to Due Process of the

17  law; and (2) the Board's decision was arbitrary and capricious, there was no evidence to

18  support the decision, the findings are not in the regulatory code which governs the Board

19  and were not admissions of fact in the plea contract in violation of Petitioner's rights

20  under the Fifth, Sixth, and Fourteenth Amendments.  See Pet. at 5.  Liberally construed,

21  Petitioner's claims are sufficient to require a response.  The Court orders Respondent to

22  show cause why the petition for a writ of habeas corpus should not be granted.

**CONCLUSION**

23

24         1.      The Clerk shall serve a copy of this order and the petition and all

25  attachments thereto upon Respondent and Respondent's attorney, the Attorney General of

26  the State of California.  The Clerk shall also serve a copy of this order on the Petitioner.

27         2.      Respondent shall file with the Court and serve on Petitioner, within **sixty**

28  **days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the

Order to Show Cause
P:\pro-se\sj.jf\hc.06\Lewis727osc

1   Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should

2   not be granted.  Respondent shall file with the answer and serve on Petitioner a copy of

3   all portions of the state parole record that have been transcribed previously and that are

4   relevant to a determination of the issues presented by the petition.

5          If Petitioner wishes to respond to the answer, he shall do so by filing a traverse

6   with the court and serving it on Respondent within **thirty days** of his receipt of the

7   answer.

8          3.      Respondent may file a motion to dismiss on procedural grounds in lieu of

9   an answer, as set forth in the Advisory Committee Notes to  Rule 4 of the Rules

10  Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file

11  with the court and serve on Respondent an opposition or statement of non-opposition

12  within **thirty days** of receipt of the motion, and Respondent shall file with the Court and

13  serve on Petitioner a reply within **fifteen days** of receipt of any opposition.

14         4.      It is Petitioner's responsibility to prosecute this case.  Petitioner is

15  reminded that all communications with the Court must be served on Respondent by

16  mailing a true copy of the document to Respondent's counsel.  Petitioner must keep the

17  Court and all parties informed of any change of address by filing a separate paper

18  captioned "Notice of Change of Address."  He must comply with the Court's orders in a

19  timely fashion.  Failure to do so may result in the dismissal of this action for failure to

20  prosecute pursuant to Federal Rule of Civil Procedure 41(b).

21         IT IS SO ORDERED.

22  DATED:  ___9/30/06_____

23                                          _____
                                           JEREMY FOGEL,
                                           United States District Judge

24

25

26

27

28

Order to Show Cause
P:\pro-se\sj.jf\hc.06\Lewis727osc

1   A copy of this order was mailed to the following:

2

3   Samuel William Lewis
    E-05524
4   Correctional Training Facility - Soledad
    P.O. Box 689
5   Soledad, CA  93960-0689

6

7   California State Attorney General's Office
    455 Golden Gate Avenue
8   Suite 11000
    San Francisco, CA  94102-7004

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order to Show Cause
P:\pro-se\sj.jf\hc.06\Lewis727osc