NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WILLIAM LEWIS )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>A.P. KANE, )<br>)<br>Respondent. )<br>_____ ) | 06-1727<br>No. C 06-7127 JF (PR)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(Docket No. 10) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the Board of Prison Terms' denial of parole. The Court ordered Respondent to show cause why the petition should not be granted. On January 16, 2007, Respondent filed a response to the order to show cause. On February 12, 2007, Petitioner filed a motion for extension of time to file a traverse. The Court concludes that Petitioner has shown good cause for such extension. Petitioner's motion for extension of time to file his traverse (docket no. 10) is GRANTED. Petitioner shall file his traverse, and serve a copy on Respondent, **within forty-five days** of the date of this order.

\\\

Order Granting Petitioner's Motion for Extension of Time to File Traverse
P:\pro-se\sj.jf\hc.06\Lewis727exttrav                1

1   Petitioner is reminded that all communications with the Court must be served on
2   Respondent by mailing a true copy of the document to Respondent's counsel.   Petitioner
3   must keep the Court and all parties informed of any change of address by filing a separate
4   paper captioned "Notice of Change of Address."  He must comply with the Court's orders
5   in a timely fashion.  Failure to do so may result in the dismissal of this action for failure
6   to prosecute pursuant to Federal Rule of Civil Procedure 41(b).
7   IT IS SO ORDERED.
8   DATED:  3/7/07

9   JEREMY FOGEL
    United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  A copy of this order was mailed to the following:

2

3  Samuel William Lewis
   E-05524/ Y-322-L
4  Correctional Training Facility - Soledad
   P.O. Box 689
5  Soledad, CA  93960-0689

6

7  Jessica N. Blonien
   California State Attorney General's Office
   455 Golden Gate Avenue
8  Suite 11000
   San Francisco, CA  94102-7004

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Petitioner's Motion for Extension of Time to File Traverse
P:\pro-se\sj.jf\hc.06\Lewis727exttrav                3